IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. KONOCTI GROWERS, INC., | No. C-05-04410 EDL |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT** |
| v. | |
| JOHN DAVID, dba LONE PINE RANCH, | |
| Defendant. / | |

Following the further case management held September 5, 2006, this matter is referred to a magistrate judge to conduct a settlement conference to be held in late October or early November 2006, if possible, subject to the availability of the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 5, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge