CARLE, MACKIE, POWER & ROSS LLP
Philip J. Terry (148144)
Gregory J. Walsh (209763)
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
gwalsh@cmprlaw.com

Attorneys for Defendant John David

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. KONOCTI GROWERS INC.,<br><br>   Plaintiff(s),<br><br>v.<br><br>JOHN DAVID,<br><br>   Defendant(s). | Case No. C 05-04410 EDL<br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: October 24, 2006<br>Time: 2:00 p.m.<br>Dept.: E<br><br>*Unlimited Civil*<br><br>Judge: Hon. Elizabeth D. Laporte |

Defendant's counsel hereby respectfully requests a telephonic appearance at the above referenced hearing. Counsel can be reached at the following telephone number:

Gregory J. Walsh, attorney for Plaintiff – (707) 526-4200

Dated: 10/19/06

CARLE, MACKIE, POWER & ROSS LLP

_____
Gregory J. Walsh
Attorney for Defendant

P:\7606\0001\00143297.DOC

1

titleofdoc

Pursuant to the Request above, counsel for Defendant may appear by telephone at the Hearing of Motion to Withdraw as counsel set for October 24, 2006 at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 20, 2006



Hon. Judge Elizabeth D. Laporte

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Carle, Mackie, Power & Ross LLP, 100 B. Street, Suite 400, Santa Rosa, California 95401. I am over 18 years of age and am not a party to the within action. On October 12, 2006, I served a true copy of the following document(s):

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING OF MOTION TO WITHDRAW AS COUNSEL.

on the party(ies) in this action by placing a true copy(ies) thereof in a sealed envelope(s), addressed as follows:

John David
PO Box 6268
Santa Rosa, CA 95406

__X__ (BY MAIL) I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Carle, Mackie, Power & Ross LLP, Santa Rosa, California following the ordinary business practices. I am readily familiar with the practice of Carle, Mackie, Power & Ross LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED) I placed each such sealed envelope, with postage fully prepaid for Certified Mail/Return Receipt Requested, for collection and mailing at Carle, Mackie, Power & Ross LLP, Santa Rosa, California following the ordinary business practices. I am readily familiar with the practice of Carle, Mackie, Power & Ross LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY FACSIMILE) I caused each such document to be delivered by facsimile to the individual/firm listed above from the offices of Carle, Mackie, Power & Ross LLP, Santa Rosa, California following ordinary business practices.

____ (BY OVERNIGHT DELIVERY) I placed each such sealed envelope, with delivery fees proved for, for collection and overnight delivery at Carle, Mackie, Power & Ross LLP, Santa Rosa, California following the ordinary business practices.

____ (PERSONAL SERVICE) I personally delivered each sealed envelope, by leaving it with the person to whom it was directed, the office receptionist or with a person having charge thereof, clearly labeled to identify the person being served.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: October 19, 2006

Espe Gunheim