Jan L. Kahn # 55788
John V. Ohnstad, Jr. #196242
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93232
Telephone: (559) 584-3337
Fax: (559) 584-3348

Attorney for Petitioner: MT. KONOCTI GROWERS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MT. KONOCTI GROWERS, INC., a California Corporation,<br><br>Petitioner,<br><br>vs.<br><br>JOHN DAVID, dba LONE PINE RANCH,<br><br>Respondent, | Civil Action, File No. CV-05-4410 EDL<br><br>**NOTICE OF NON-OPPOSITION AND REQUEST FOR TELEPHONIC APPEARANCE AT HEARING OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: October 24, 2006<br>Time: 2:00 p.m.<br>Dept.: E<br><br>*Unlimited Civil*<br><br>Judge: Hon. Elizabeth D. Laporte |

Petitioner's counsel hereby respectfully requests a telephonic appearance at the above referenced hearing. Petitioner does not intend to oppose the Motion. Counsel can be reached at the following telephone number:

John V. Ohnstad, Jr., attorney for Plaintiff – (559) 584-33347

Dated: October 20, 2006          KAHN, SOARES & CONWAY, LLP

                                By: _____
                                JOHN V. OHNSTAD, JR., Attorney for Petitioner
                                MT. KONOCTI GROWERS, INC.

F:\WORD\11\11604.02\Pleadings\request for telephonic appearance-102006.doc

1

**REQUEST FOR TELEPHONIC APPEARANCE**

Pursuant to the Request above, counsel for Plaintiff may appear by telephone at the Hearing of Motion to Withdraw as counsel set for October 24, 2006 at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 23, 2006



_____
Hon. Judge Elizabeth D. Laporte

2

**REQUEST FOR TELEPHONIC APPEARANCE**