IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. KONOCTI GROWERS, INC., | No. C-05-04410 (EDL) |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| JOHN DAVID, | |
| Defendant. | |

For the reasons stated at the hearing held on October 24, 2006, the Court modifies the following pretrial deadlines:

1) Pretrial Conference is continued to December 19, 2006 at 2:00 p.m.

2) Court trial shall begin on January 12, 2007 at 8:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The length of the trial will not be more than 1 day.

3) All other provisions of this Court's Case Management and Pretrial Order for Court Trial shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 30, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MT. KONOCTI GROWERS, INC.,   No. C-05-04410 (EDL)

    Plaintiff,   **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE**

v.

JOHN DAVID,

    Defendant.
_____/

    For the reasons stated at the hearing held on October 24, 2006, the Court modifies the following pretrial deadlines:

    1) Pretrial Conference is continued to December 19, 2006 at 2:00 p.m.

    2) Court trial shall begin on January 12, 2007 at 8:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The length of the trial will not be more than 1 day.

    3) All other provisions of this Court's Case Management and Pretrial Order for Court Trial shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 30, 2006

                                                                                          *Elizabeth D. Laporte*
                                                                                      ELIZABETH D. LAPORTE
                                                                                      United States Magistrate Judge