UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MT. KONOCTI GROWERS, INC.**

      Plaintiff,                              No. C-**05-04410** EDL

      v.                                      **ORDER OF CONDITIONAL DISMISSAL**

**JOHN DAVID,**

      Defendant.
_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before January 31, 2007 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice. The surety bond filed in this matter is hereby exonerated.

IT IS SO ORDERED.

Dated: November 29, 2006

                                                        _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge